

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00731-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

### O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

      The Relator's Motion for Extension of Time to File Relator's Motion for Rehearing En Banc of Denial of Reconsideration (Rehearing) of Supplemented Petition for Writ of Mandamus is hereby GRANTED. Time is extended to March 16, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.